## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **RCA LABORATORY SERVICES, LLC,** *a Delaware Limited Liability Company*, **D/B/A GENETWORx,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No.: 3:23-cv-758** |
| **COVENANT LIVING COMMUNITIES AND SERVICES** | ) ) ) ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Defendant, Covenant Living Communities and Services ("Defendant" or "Covenant"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes the above captioned case, which was filed in the Circuit Court for Henrico County, Virginia as Case No. CL23-6539, to the United States District Court for the Eastern District of Virginia, Richmond Division. The grounds for removal are as follows:

## PROCEDURAL HISTORY

1.      On or about September 28, 2023, Plaintiff RCA Laboratory Services, LLC d/b/a GENETWORx ("Plaintiff") filed its Complaint entitled *RCA Laboratory Services, LLC d/b/a GENETWORx v. Covenant Living Communities and Services*, Case No. CL23-006539, in the Circuit Court for Henrico County, Virginia.

2.      Attached to this Notice of Removal are the entirety of the pleadings and documents filed in the state court action, which includes Plaintiff's Complaint (attached hereto as **Exhibit 1**) and the exhibits to Plaintiff's Complaint (attached hereto as **Exhibit 2**).

3.      Covenant was served with a copy of the Complaint and Summons on October 19,

2023.

4.      Plaintiff's Complaint alleges claims for breach of contract in the amount of

$1,770,845, action on account stated, or, in the alternative, claims for *quantum meruit* and unjust

enrichment in the same amount.  (*See* Ex. 1).

### BASIS FOR REMOVAL – DIVERSITY OF CITIZENSHIP

5.      This case is removable pursuant to 28 U.S.C. § 1441 because this Court has original

jurisdiction under 28 U.S.C. § 1332(a), which provides, in pertinent part: "The district courts shall

have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or

value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different states .

. . ."

6.      Plaintiff is a limited liability company formed under the laws of Delaware with a

principal place of business in the Commonwealth of Pennsylvania.  Accordingly, for purposes of

diversity jurisdiction, Plaintiff is a citizen of Pennsylvania and Delaware.

7.      Covenant is an Illinois non-profit corporation with its principal place of business at

5700 Old Orchard Road, Skokie, Illinois 60077.  Thus, Covenant is a citizen of Illinois.

8.      The total amount in controversy on Plaintiff's claims, exclusive of interest and

costs, is in excess of $75,000. *See* Ex. 1 ¶¶ 34, 42, 53, 63 (seeking entry of a judgment in the

amount of $1,770,845).

9.      Covenant is the only defendant in this action, and it consents to removal.

10.     Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because

the Circuit Court of Henrico County, Virginia, is located within the Richmond Division of the

United States District Court for the Eastern District of Virginia.

11.    This Notice of Removal has been timely filed with 30 days of Covenant's receipt of the initial pleading.

12.    Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being served on all parties and filed with the Henrico County Circuit Court (attached, without exhibits, as **Exhibit 3**). As of the date of this filing, there are no pending motions in this matter.

13.    Covenant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant, Covenant Living Communities and Services, respectfully requests that this action proceed in this Court as an action properly removed thereto.

Respectfully submitted,

**COVENANT LIVING COMMUNITIES AND SERVICES**

By: ___/s/ Matthew J. Hundley_____
                    Counsel

Matthew J. Hundley, Esq. (VSB No. 76865)
Rebecca A. Roberts, Esq. (VSB No. 99524)
Moran Reeves & Conn PC
1211 East Cary Street
Richmond, Virginia 23219
(804) 421-6250 Phone
(804) 421-6251 Facsimile
mhundley@moranreevesconn.com
rroberts@moranreevesconn.com

*Counsel for Defendant Covenant Living
Communities & Services*

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of November, 2023, a true and correct copy of the foregoing

Notice of Removal was filed with the Clerk of Court using the CM/ECF system and served by

electronic mail and/or first class mail upon all counsel of record as follows:

Robert T. Hicks, Esq.
Allison K. Riddle, Esq.
Bean Kinney & Korman, PC
2311 Wilson Blvd., Ste. 500
Arlington, VA 22201
Ph: 703-525-4000
Fax: 703-525-2207
rhicks@beankinney.com
ariddle@beankinney.com
*Counsel for Plaintiff RCA Laboratory Services, LLC*
*d/b/a GENETWORx*


Philip S. Rosenzweig, Esq.  (PA Atty. ID. No. 62461)
(*Pro Hac Vice forthcoming*)
Malcolm S. Gould, Esq. (PA Atty. ID. No.: 80254)
(*Pro Hac Vice forthcoming*)
Silverang, Rosenzweig & Haltzman, LLC
900 East 8th Avenue, Suite 300
King of Prussia, PA 19406
*Attorneys for Plaintiff, RCA Laboratory Services,*
*LLC d/b/a GENETWORx*


            /s/ Matthew J, Hundley
Matthew J. Hundley, Esq. (VSB No. 76865)
Rebecca A. Roberts, Esq. (VSB No. 99524)
Moran Reeves & Conn PC
1211 East Cary Street
Richmond, Virginia 23219
(804) 421-6250 Phone
(804) 421-6251 Facsimile
mhundley@moranreevesconn.com
rroberts@moranreevesconn.com

*Counsel for Defendant Covenant Living*
*Communities & Services*